REJECTED PURSUANT TO RULE 79.2(C)
COURT OF CRIMINAL APPEALS

March 20, 2015

ABEL ACOSTA, CLERK

No. PD-1360-14

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

---

CHARLES DEVO WASSERMAN # 1843164          petitioner

V.

THE STATE OF TEXAS                        respondent

---

On Appeal From The 13th District Court of Appeals
at Corpus Christi

---

PETITIONER'S MOTION FOR RECONSIDERATION

---

Per T.R.A.P. rule 44.2 and other relevant rules, the petitioner hereby requests this Honorable Court to reconsider the refusal to review his P.D.R without written order, and in support thereof would show the Court as follows;

1. T.R.A.P. rule 44.2 states that an appellate court must reverse any case that reveals a constitutional error subject to harmless error review. The petitioner has revealed ineffective assistance of counsel constituting an Sixth Amendment violation to right to counsel, as well as other errors which require affidavitts and hearings.

2. The errors exposed were not resolved and will therefore be reversed at the next state appellate procedure to exhaust all state relief efforts in compliance with art. 11.07 and 22.54, furthurmore these grounds could be resolved now if this Court reviews said P.D.R.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 19 2015

Abel Acosta, Clerk

WHEREFORE the petitioner prays this Honorable Court to grant reconsideration of P.D.R. and any other relief deemed appropiate.

Respectfully submitted,

Charles Wasserman # 1843154
Telford Unit
3899 State Hwy 98
New Boston,TX.75570

## CERTIFICATE OF SERVICE

I the petitioner do hereby certify that a true and correct copy of the above and foregoing Motion was served by placing same in the U.S Mail on this 14th day of March addressed to Michael Sheppard Dewitt County Court house Cuero Texas 77954.

Charles Wasserman # 1843164
Telford Unit
3899 State Hwy 98
New Boston,TX.75570

Charles Wasserman # 1843164
Telford Unit
3899 State Hwy 98
New Boston, TX. 75570

Legal Mail

SHREVEPORT LA 710

16 MAR 2015 PM 1 L

7871123B608

Court of Criminal Appeals
P.O. box 12308
Austin, TX. 78711